**Order entered June 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00157-CV

### IN RE MARC MARROCCO AND TONY ALBANESE, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07706**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/     BILL PEDERSEN, III
        JUSTICE